# United States District Court
### for the
### Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernest Hobdy                    Case Number: 5:14CR00107-001

Name of Sentencing Judicial Officer:    Hon. David N. Hurd, U.S. District Judge

Date of Original Sentence:    April 8, 2015

Original Offense:    Possession of Cocaine With Intent to Distribute

Original Sentence:    Time Served (22 days), 5 Years Supervised Release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    April 8, 2015

Asst. U.S. Attorney:    Geoffrey J.L. Brown    Defense Attorney:    John V. Janusas

---

## PETITIONING THE COURT

[  ]    To issue a warrant
[ X ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #3: The defendant shall answer truthfully all inquires by the Probation Officer.** On September 30, 2015, the defendant failed to answer the Probation Officer's inquiry regarding his nightly whereabouts and what are his sleeping arrangements on a consistent schedule. This information is based on the personal knowledge of the Probation Officer. (Grade C Violation) |
| 2 | **Standard Condition #3: The defendant shall answer truthfully all inquires by the Probation Officer.** On May 3, 2016, the defendant refused to answer the officer's inquires and supply information regarding an unidentified occupant at the defendant's reported residence. This information is based on the personal knowledge of the Probation Officer. (Grade C Violation) |
| 3 | **Standard Condition #3: The defendant shall follow the instructions of the Probation Officer.** On May 3, 2016, the defendant directed occupants of his residence not to cooperate and speak with the Probation Officer after the officer instructed him not to intervene. This information is based on the personal knowledge of the Probation Officer. (Grade C Violation) |
| 4 | **Standard Condition #6: The defendant shall notify the Probation Officer of any change in residence.** On March 8, 2016, the defendant failed to report a change of address. The defendant failed to report his official residence of 18 Shaw Street, Utica, N.Y. to the Probation Officer. This information is based on the personal knowledge of the Probation Officer. (Grade C violation) |

Prob 12C

-2-

Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Ernest Hobdy

Case Number: 5:14CR00107-001

U.S. Probation Officer Recommendation:

The term of supervision should be:
[X]   Revoked
[ ]   Extended for  year(s), for a total term of  years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 1, 2016

Approved by:  by:

_Michael Christopher_
Michael Christopher
US Probation Officer

_Lori Albright_
Lori Albright
Supervising U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Summons
[ ]   Other
[ ]   The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

Signature of Judicial Officer

June 2, 2016

Date   Utica, N.Y.